# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA

*Second Amended*

## CIVIL RIGHTS COMPLAINT FORM FOR
## PRO SE, PRISONER LITIGANTS IN ACTIONS UNDER
## 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Daniel Alan Baker

Inmate ID Number: 25765-509

_____,

*(Write the full name and inmate ID number of the Plaintiff.)*

**v.**

C.O. Dudley

~~Warden Strong~~

et al.

see attached

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Case No.:** 4:21cv350-MW/MAF

*(To be filled in by the Clerk's Office)*

**Jury Trial Requested?**
☑ **YES**  ☐ **NO**

FILED USDC FLND TL
OCT 18 '21 PM 2:26

I. PARTIES TO THIS COMPLAINT

A. PLAINTIFF

PLAINTIFF'S NAME: DANIEL ALAN BAKER

ID NUMBER: 25765-509

AKA: ALIŞER QEREÇOX (Alishare Karachoke)

FDC TALLAHASSE

501 CAPITAL CIRCLE NE

TALLAHASSE, FL 32301

B. DEFENDANT(S)

1. C.O. DUDLEY, CORRECTIONS OFFICER AT FDC TALLAHASSE, 501 CAPITAL CIRCLE NE TALLAHASSEE, FL 32301

2. C.O. FOLSOM, CORRECTIONS OFFICER AT FDC TALLAHASSEE, 501 CAPITAL CIRCLE NE TALLAHASSEE, FL 32301

3. C.O. WHITTEN, ~~MAIL ROOM~~ FOOD SERVICE, AT FDC TALLAHASSEE, 501 CAPITAL CIRCLE NE TALLAHASSEE, FL 32301

4. C.O. LARSON, MAIL ROOM, AT FDC TALLAHASSEE 501 CAPITAL CIRCLE NE TALLAHASSEE, FL 32301

5. CO. B. SMITH, TRUST FUND, AT FDC TALLAHASSEE 501 CAPITAL CIRCLE NE TALLAHASSEE, FL 32301

6. CHAPLAIN VARGO, AT FDC TALLAHASSEE, 501 CAPITAL CIRCLE NE TALLAHASSEE, FL 32301

7. CHAPLAIN ROMMEL, AT FDC TALLAHASSEE, 501

2 of 2

PARTIES TO THIS COMPLAINT CONT.
CAPITAL CIRCLE NE, TALLAHASSEE, FL 32301

8. C.O. Rolston, MEDICAL STAFF, FDC TALLAHASSEE
501 CAPITAL CIRCLE NE TALLAHASSEE FL 32301

9. CAPTAIN WINSTON, CORRECTIONS OFFICER, FDC
TALLAHASSEE, 501 CAPITAL CIRCLE NE
TALLAHASSEE, FL 32301

10. STEPHEN VERDEJO, UNIT TEAM, FDC TALLAHASSEE
501 CAPITAL CIRCLE NE TALLAHASSEE FL 32301

11. COUNCILOR ARNOLD, FDC TALLAHASSEE, 501
CAPITAL CIRCLE NE TALLAHASSEE FL 32301

# I. PARTIES TO THIS COMPLAINT

## A. Plaintiff

Plaintiff's Name: _DANIEL ALAN BAKER_ ID Number: _25765-509_

List all other names by which you have been known: _Aliser_
_Qereçox (Alishare Karachoke)_

Current Institution: _FDC TALLAHASSEE_

Address: _501 Capital Circle NE_

_TALLAHASSEE FL 32301_

## B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1. Defendant's Name: _C.O. Dudley_

   Official Position: _CORRECTIONS OFFICER_

   Employed at: _FDC TALLAHASSEE_

   Mailing Address: _501 CAPITAL CIRCLE NE_

   _TALLAHASSEE FL 32301_

   ☑ Sued in Individual Capacity        ☑ Sued in Official Capacity

2. Defendant's Name: _C.O. Folsom_

Official Position: _Correcting Officer_

Employed at: _FDC TALLAHASSEE_

Mailing Address: _501 CAPITAL CIRCLE NE_

_TALLAHASSEE FL 32301_

☑ Sued in Individual Capacity     ☑ Sued in Official Capacity

3. Defendant's Name: _C.O. WHITTEN_

Official Position: _CORRECTIONS OFFICER, FOOD SERVICE_

Employed at: _FDC TALLAHASSEE_

Mailing Address: _501 CAPITAL CIRCLE NE_

_TALLAHASSEE FL 32301_

☑ Sued in Individual Capacity     ☑ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☑ Federal Officials (*Bivens case*)        ☐ State/Local Officials *(§ 1983 case)*

## III. PRISONER STATUS

Indicate whether you are a prisoner, detainee, or in another confined status:

☐ Pretrial Detainee            ☐ Civilly Committed Detainee

☐ Convicted State Prisoner     ☑ Convicted Federal Prisoner

☐ Immigration Detainee         ☐ Other *(explain below)*:

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. *Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.* You may make copies of the following page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages

should be attached. *Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.*

1. THE DAY I ARRIVED AT FDC TALLAHASSE I WAS PUT IN THE SPECIAL HOUSING UNIT WITHOUT PAPERWORK EXPLAINING WHY. I WAS ROTATED THROUGH FECES COVERED CELLS WHICH HAD BEEN TAINTED BY MR. JORDAN PROCTOR FOR YEARS. THE FLOOR DRAINS ARE CRUSTED SHUT WITH COMPACTED FECES AND ALL SURFACES IN EACH CELL HAVE FECES ON THEM. THERE WAS ALSO BLACK MOLD GROWING ON ALL SURFACES, INCLUDING CLOTHES AND BEDDING, DUE TO CONSTANT POWER OUTAGES AND NON FUNCTIONING AIR CONDITIONING. I WAS DENIED CLEANING SUPPLIES FOR DAYS AT A TIME AND USED MY OWN CLOTHES TO CLEAN MY CELLS AS I WAS ROTATED TO ONE OF PROCTOR'S PREVIOUS CELLS EVERY THREE (3) WEEKS. MY LAWYER HAD TO WRITE A LETTER TO THE WARDEN AND CAPTAIN WINSTON TO

**Statement of Facts Continued** *(Page 2 of 9 )*

to get this addressed. Inmates grievance paperwork related to unsanitary conditions WENT IGNORED.

2. ON THE DAY I ARRIVED I TOLD VERDEJO THAT I AM HINDU, VEGETARIAN AND I DOCUMENTED THAT IN HIS PRESENCE IN "RECIEVING AND DISCHARGE" OFFICES. I ALSO TOLD, AND SENT INMATE REQUEST FORMS TO, BOTH CHAPLAINS ROMMEL AND VARGO THE SAME, THAT I NEED A "NO MEAT" DIET. I AM ALSO LACTOSE INTOLERANT, AND I SENT PAPERWORK TO MEDICAL STAFF ROLSTON, WHITTEN IN FOOD SERVICE, AND THE CHAPLAINS, REPEATEDLY, FOR EIGHT MONTHS. AFTER SEVERAL WEEKS I RECIEVED "NO MEAT" TRAYS. BY THEN I WAS FALLING DOWN WHILE TRYING TO STAND AS DOCUMENTED TO AND BY ROLSTON. FOLSOM ALSO MOCKED ME, REFUSING TO GIVE ME

SEE ATTACHED

FACTS   CONT.

"NO MEAT" TRAYS.

3. FOLSOM ACTIVELY INSULTED AND HARASSED ME AND PROCTOR, YELLING TO C.O. SPEARS "CAN YOU BELIEVE THEY ARE PAYING US FOR THIS SHIT?!" WHILE BANGING ON CELL DOORS ALL NIGHT. HE, ALONG WITH C.O. DUDLEY, REPEATEDLY TOLD ME AND PROCTOR TO HANG OURSELVES WITH OUR SHEETS. FOLSOM ALSO OPENLY ATTEMPTED TO BRIBE OTHER INMATES TO ATTACK ME. HE SHOUTED "LET'S GET READY TO RUMBLE!" WHILE OPENING AND SLAMMING CELL DOORS AT NIGHT, AND "PUT THAT CRACKER IN THE GROUND."

4. DUDLEY EITHER SPIT BLOODY MUCUS INTO MY CUP HOLDING MY TOOTHBRUSH OR ALLOWED SOMEONE ELSE TO DO THE SAME WHILE I WAS MEETING WITH MY LAWYER, RANDOLPH MURRELL. S.I.S. MASON WAS NOTIFIED AND DOCUMENTED THESE INCIDENTS. MY TOOTHBRUSH ALSO SMELLED USED, LIKE SOMEONE EATING HERSHEY'S CHOCOLATE HAD IT IN THEIR MOUTH. AT THAT TIME I DIDN'T HAVE MONEY OR ACCESS TO COMMISSARY.

5. CAPTAIN WINSTON HAD ME ON "FOUR MAN

HOLD, RAZOR RESTRICTION, PHONE RESTRICTION, IN THE S.H.U., WITHOUT PAPERWORK, AND ON SOLO CELL AND RECREATION AND IN SHACKLES. I WAS IN S.H.U. FOR OVER SIX (6) MONTHS AND DENIED FORMAL GREIVANCE FORMS BY WINSTON, VERDEJO AND ARNOLD. AFTER MY TRIAL I WAS RELEASED FROM S.H.U. AND DENIED ACCESS TO GREIVANCE FORMS FOR A FEW MORE WEEKS. ARNOLD IS STILL REFUSING TO ADDRESS MY GRIEVANCES.

6. IN S.H.U. I HEARD C.O. TURNER TELL MR. PROCTOR THAT THE GUARDS WERE "TRYING TO KILL YOU(PROCTOR)"BECAUSE YOU HIT A C.O.!"-REFERING TO MR. PROCTOR ALLEGEDLY HITTING ARNOLD AND DUMPING A TRASH CAN ON HIM WHILE HE(ARNOLD) WAS UNCONCIOUS. WINSTON THREATENED MR. PROCTOR, REMINDING HIM OF THE TIME HE SHOT HIM WITH PEPPER BALLS, MACE AND A C.S. GAS GRENADE CANISTER, UNTIL MR. PROCTOR PASSED OUT. WINSTON ALSO CHOKED AND KICKED PROCTOR WHILE I WAS IN S.H.U. A SYMPATHETIC GUARD PASSED ON INFORMATION

AND PROCTOR'S MOTHER AND LAWYER(S),
JOE BODIFORT, WERE NOTIFIED.
OFTEN OFFICERS WOULD LEAVE PROCTOR'S LIGHT
ON ALL NIGHT, INDICATING A MENTAL HEALTH
CRISIS, CAUSING PROCTOR TO SCREAM AND
HIT HIS DOOR EVERY 30-90 SECONDS,
OFTEN FOR DAYS AT A TIME, INJURING
HIMSELF AND DEPRIVING OTHERS OF SLEEP.
LT. TAYLOR AND ANOTHER GUARD TOLD MR.
PROCTOR "FUCK YOU NIGGER, I'M LEAVING
YOUR LIGHT ON!" AND SAID THAT HE'D
"BE DEAD IF THIS WAS STATE PRISON."
GUARDS WOULD TELL PROCTOR TO FLUSH HIS
FOOD TRAYS AFTER DAYS OF REFUSING TO
COLLECT OUR TRASH, THEN TURN OFF MR.
PROCTOR'S WATER FOR DAYS WHEN HIS
TRAYS CLOGGED HIS TOILET. LT. TAYLOR
ALSO SAID "I'M TRYING TO GET RID OF
THIS CRACKER," WHILE I WAS THE ONLY
WHITE PERSON IN S.H.U. THERE WERE
ALSO ROACHES, ANTS AND A CONSTANT,
TERRIBLE SMELL AS PROCTOR NEVER
BATHED HIMSELF WITHOUT HELP AND
PUSHED HIS FECES INTO THE HALL
SEVERAL TIMES A DAY.

7. WHILE IN S.HU. I FOUND A LUMP ON MY RIGHT TESTICLE, WHICH WAS BEEN CAUSING PAIN DAILY, FOR A LONG TIME. I NOTIFIED ROLSTON AND HE REFUSED TO EXAMINE ME. MY RIGHT TESTICLE STILL FEELS DEFORMED AND CAUSES ME DAILY PAIN. MEDICAL STAFF ALSO REFUSED TO PRESCRIBE ME NEW PRESCRIPTION EYE GLASSES, DESPITE AN INJUNCTION ORDERING THEM TO DO SO, FROM A PRETRIAL HEARING IN WHICH THE JUDGE SAW MY BROKEN GLASSES.

8. WHILE IN S.HU. I OFTEN RECIEVED LEGAL MAIL DAYS AND WEEKS AFTER A HEARING WHICH THE LEGAL MAIL WAS NOTIFYING ME OF. I HAVE ALSO HAD LEGAL MAIL FROM MY LAWYER AND THE COURT CLERK OPENED, INCLUDING THE LAST TWO PARCELS PERTAINING TO THIS LAWSUIT. BEFORE THE MAIL WAS DELIVERED TO ME IT WAS OPENED AND SCANNED, NOTIFYING STAFF OF MY LAWSUIT AGAINST THEM.

9. MY RELIGION HAS NOT BEEN ACCOMODATED SO FAR. WE (VAISHNAVA HINDUS, HARE KRISHNAS) REQUIRE MEDITATION BEADS

WITH ONE HUNDRED AND EIGHT (108) BEADS,
AND A BEAD BAG TO KEEP THEM IN, ALONG
WITH A SIKHA (SMALL "PONY TAIL") WITH
A HAIR TIE, REGULAR RELIGIOUS SERVICES
CALLED PUJA OR AARTI AND GUIDANCE
FROM RELIGIOUS LEADERS. THE CHAPLAINS
IGNORED MY REQUESTS AT FIRST, QUESTIONING
ME AND DOUBTING THE LEGITIMACY OF MY
FAITH, TRYING TO CONVERT ME TO THEIR
RELIGION AND PUBLISHED DEVOTIONALS
DISPARAGING HINDUISM. AFTER SEEING
ME PRACTICE MY RELIGION THEY DID
BEGIN TO ATTEMPT TO ACCOMODATE MY
RELIGION, ORDERING BEADS SEVERAL
TIMES, AT LEAST FOUR ORDERS NOW,
WHICH WENT UNFILLED. THEY BLAME
TRUST FUND OFFICER B. SMITH, WHO
FAILED TO NOTIFY US WHEN THESE
ORDERS WERE OUT OF STOCK. IT TOOK
OVER NINE MONTHS TO GET A BEAD
BAG - WHILE WRITTING THIS CHAPLAIN
VARGO DELIVERED THE BEAD BAG MY
MINISTER OF RECORD DROPPED OFF -
BUT THIS PROCESS ONLY STARTED
AFTER MY LAWSUIT WAS FILED.

I STILL DO NOT HAVE A STRING OF 108 BEADS, DESPITE MY MINISTER OF RECORD, KALIYA LIONEL MAYELL DAMANA, BEING TOLD BY THE CHAPLAINS THAT HE COULD COME AND DROP OFF RELIGIOUS ITEMS AS A DONATION TO ALL INMATES HERE. I'VE BEEN TOLD THERE ARE AT LEAST FIVE OTHERS HERE WHO SUBSCRIBE TO HINDU SPIRITUAL LESSONS FROM SIDDHA YOGA MEDITATION TEACHINGS, WHICH TEACHES MANTRA MEDITATION, AIDED BY BEADS. I FEEL THAT THE CHAPLAINS HAVE BEEN DOING THEIR BEST TO TRY AND ACCOMODATE MY FAITH, AND I AGREE THAT TRUST FUND AND FOOD SERVICES ARE TO BLAME. I STILL HAVE NOT BEEN ABLE TO MEET WITH MY RELIGIOUS LEADER OR HAVE ANY VISITORS OR VIDEO VISITS, DESPITE SCHEDULING ATTEMPTS AND VACCINATIONS. I STILL DO NOT HAVE THE AUTHORIZED BEADS WITH 108 COUNT. WE HAVE ORDERED A SET OF BEADS, BUT THE LAST SET I PAID FOR HAD 102 BEADS DESPITE BEING ADVERTISED AS 108. IF I AM GOING TO BE IN PRISON FOR SEVERAL YEARS I NEED PUJARI ITEMS FOR WORSHIP PURPOSES.

10. REGARDING MY RELIGIOUS HAIR STYLE, THE SIKHA "PONYTAIL", CHAPLAIN VARGO TOLD ME TO MAKE MY OWN HAIR TIE WHEN I WAS IN S.H.U.. ARNOLD TOLD ME THIS WAS CONTRABAND AND THAT HE THOUGHT I WAS LYING ABOUT VAISHNAVA HINDUS KEEPING SIKHAS. THE CHAPLAIN THEN PROVIDED HAIR TIES, AFTER I FILED A COMPLAINT, AFTER BEING HERE FOR NINE MONTHS AND HEARING GUARDS LIKE ASSISTANT WARDEN NEELY TELL ME "GET THAT SHIT OUT OF YOUR HAIR!" THE CHAPLAIN ALSO TOLD ME TO MAKE MY OWN BEAD BAG BY TEARING UP AND SEWING GOVERNMENT PROPERTY, WHICH I DECLINED TO DO.

11. WHEN I WENT TO GENERAL POPULATION THERE WAS A MASSIVE INFESTATION OF ROACHES AND ANTS. THIS WAS ADDRESSED TO SOME EXTENT AFTER PRISON STAFF LEARNED ABOUT MY LAWSUIT BUT I STILL FIND ROACHES ON MY FOOD TRAYS.

12. BEING HELD IN S.H.U. PRE-TRIAL, WITHOUT PAPERWORK JUSTIFYING SIX MONTHS IN S.H.U., PREVENTED ME FROM ACCESSING THE LAW LIBRARY AND PREPARING FOR TRIAL- CAPTAIN WINSTON IS RESPONSIBLE.

## V.  STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section IV. If more than one Defendant is named, indicate which claim is presented against which Defendant.

(1) C.O. DUDLEY VIOLATED THE 8th AMENDMENT DUE TO CRUEL AND UNUSUAL PUNISHMENT AND UNSANITARY CONDITIONS, AND PSYCHOLOGICAL HARM, AND ASSAULT.

(2) C.O. FOLSOM VIOLATED THE 8th AMENDMENT FOR THE SAME REASONS.    (SEE ATTATCHED)

## VI.  RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

WHEREFORE, PLAINTIFF RESPECTFULLY PRAYS THAT THIS COURT ENTER JUDGEMENT GRANTING PLAINTIFF: (1) A DECLARATION THAT THE ACTS AND OMISSIONS DESCRIBED HEREIN VIOLATED (SEE ATTATCHED)

1 of 5

# STATEMENT OF CLAIMS CONT.

(3) C.O. WHITTEN VIOLATED THE 8TH AMENDMENT BY HARRASSING ME WHEN THEY IGNORED MY DAILY COMPLAINTS REGARDING MY RELIGIOUS DIET AND FOR WEEKS SENT FOOD WITH MEAT, AND FOR MONTHS IGNORED MY DAILY FILED REPORTS REGARDING MY FOOD ALLERGY, BEING LACTOSE INTOLERANT. THIS ALSO VIOLATED THE FIRST AMENDMENT REGARDING RELIGIOUS FREEDOM, THE FOURTEENTH AMENDMENT RELATED TO RELIGION AND THE RELIGIOUS FREEDOM RESTORATION ACT (RFRA) AND RELIGIOUS LAND USE AND INSTITUTIONALIZED PERSON ACT (RLUIPA).

(4) C.O. LARSON VIOLATED THE FIRST AMENDMENT REGARDING MAIL RIGHTS WHEN THEY OPENED MY LEGAL MAIL AND COPIED AND SCANNED IT WITHOUT ME BEING PRESENT WHEN IT WAS OPENED, AND DELAYED DELIVERING MAIL FOR MONTHS, OFTEN UNTIL AFTER COURT HEARINGS AND DATES RELATED TO THAT MAIL.

(5) C.O. B.SMITH VIOLATED THE FIRT AMENDMENT REGARDING RELIGIOUS RIGHTS BY REFUSING TO PROVIDE THE CORRECT MEDITATION BEADS DESPITE OUR ORDERING RELIGIOUS PRACTICE ITEMS HALF A DOZEN TIMES. THIS ALSO VIOLATES THE 14th AMENDMENT, THE RELIGIOUS FREEDOM

STATEMENT OF CLAIMS CONT.

RESTORATION ACT AND THE RELIGIOUS LAND
USE AND INSTITUTIONALIZED PERSON ACT.

6. CHAPLAIN VARGO VIOLATED THE FIRST
AMENDMENT, THE 14th AMENDMENT, THE
RELIGIOUS FREEDOM RESTORATION ACT AND
THE RELIGIOUS LAND USE AND INSTITUTIONALIZED
PERSON ACT WHEN HE DID NOT ACCOMODATE
MY RELIGION IN A REASONABLE TIME FRAME
BECAUSE IT TOOK WEEKS TO GET A VEGETARIAN
DIET, I STILL DO NOT HAVE THE CORRECT
MEDITATION BEADS AND WORSHIP PARAPHANALIA,
I HAVE NOT HAD VISITS OR VIDEO WITH MY
MINISTER OF RECORD, IT TOOK NINE
MONTHS TO GET HAIR TIES AND A BEAD
BAG, AND MY MINISTER OF RECORD HAS
TRIED TO DROP OFF RELIGIOUS WORSHIP
ITEMS ON THE CHAPLAINS SUGGESTION
AND WAS TURNED AWAY — UNTIL THE
CHAPLAINS LEARNED OF THIS LAWSUIT.

7. CHAPLAIN ROMMEL VIOLATED THE SAME
AMENDMENTS AND LAWS (RFRA AND RLUIPA)
FOR THE SAME ACTIONS, INCLUDING A
DEVOTIONAL HE WROTE WHICH INSULTED
HINDUISM. BOTH CHAPLAINS TRIED TO
CONVERT ME INSTEAD OF ACCOMODATING ME.

3 of 8

STATEMENT OF CLAIMS CONT.

8. C.O. ROLSTON VIOLATED THE 8TH AMENDMENT
BY NOT EXAMINING ME, NOT GIVING ME
THE RESULTS OF BLOOD TESTS, CALLING ME
A TERRORIST AND REFUSING TO PROVIDE
PRESCRIPTION GLASSES AFTER A JUDGE MADE
AN ORDER TO, WHEN MY GLASSES BROKE.

9. CAPTAIN WINSTON VIOLATED THE 14TH
AMENDMENT BY KEEPING ME IN S.H.U. WITHOUT
PAPERWORK, WHICH VIOLATES PROCEDURAL DUE
PROCESS RIGHTS AND HOW THERE WAS NO
JUSTIFICATION FOR ADMINISTRATIVE TRANSFER
OR SEGREGATION. HE ALSO VIOLATED THE
5TH AMENDMENT AS I WAS UNABLE TO GET
ADMINISTRATIVE GREIVANCE FORMS OR SUE
STAFF WHILE IN S.H.U ALSO THE 8TH AMENDMENT,
CRUEL AND UNUSUAL PUNISHMENT, UNSANITARY
CONDITIONS, UNCONSTITUTIONAL CONDUCT AND
PSYCHOLOGICAL HARM. ALSO THE FIRST AMENDMENT,
AS I WAS ON PHONE RESTRICTION, HAD NO
ACCESS TO EMAIL OR VIDEO, WAS TARGETED
DUE TO POLITICAL BELIEFS AND WAS PUT
ON "4 MAN HOLD" THAT PREVENTED ME
FROM HAVING PRIVATE LEGAL CALLS AND
MADE ME MISS LAWYER MEETINGS AND
COURT HEARINGS. ALSO, HIS ABUSE OF

STATEMENT OF CLAIMS CONT.

MR. PROCTOR WAS PROFOUNDLY DISTURBING AND COST ME SLEEP, NERVOUS TENSION AND I CANNOT ADEQUATELY DESCRIBE MY DEEP SORROW AT WITNESSING HOW PROCTOR WAS TREATED.

10. STEPHEN VERDEJO VIOLATED THE FIRST AMENDMENT BY SCHEDULING AND CANCELING RELIGIOUS SERVICE VISITS WITHOUT EXPLAINATION, THE 14TH AMENDMENT AND RFRA AND RLUIPA FOR DENYING MEETINGS WITH CLERGY, WHEN NOT ON COVID 19 LOCKDOWN; AND FOR IGNORING MY DOCUMENTED STATUS AS HINDU WHICH HE HIMSELF WROTE DOWN THE DAY I ARRIVED.

11. COUNCILOR ARNOLD VIOLATED THE FIRST AMENDMENT BY DENYING ME PRIVATE LEGAL CALLS PRETRIAL AND FOR TELLING ME I CANNOT KEEP MY RELIGIOUS HAIR STYLE, WHICH ALSO VIOLATES THE 14TH AMENDMENT, RFRA AND RLUIPA. HE HAS ALSO ACTIVELY PREVENTED ME FROM SEEKING ADMINISTRATIVE REMEDIES BY REFUSING TO GIVE ME FORMAL AND INFORMAL GREIVANCE FORMS AND THIS VIOLATES THE 8TH, 5TH AND 6TH AMENDMENTS. HE REFUSES TO MASK.

5 of 5

STATEMENT OF CLAIMS CONT.

12. PLAINTIFF REALLEGES AND INCORPORATES BY
REFERANCE PARAGRAPHS 1-11.


13. THE PLAINTIFF HAS NO PLAIN, ADEQUATE OR
COMPLETE REMEDY AT LAW TO REDRESS THE
WRONGS DESCRIBED HEREIN. PLAINTIFF HAS
BEEN AND WILL CONTINUE TO BE IRREPARABLY
INJURED BY THE CONDUCT OF THE DEFENDANTS
UNLESS THIS COURT GRANTS THE DECLARATORY
AND INJUNCTIVE RELIEF WHICH THE
PLAINTIFF SEEKS.

RELIEF REQUESTED          CONT.

PLAINTIFF'S RIGHTS UNDER THE CONSTITUTION
AND LAWS OF THE UNITED STATES.

2. A PRELIMINARY AND PERMENANT INJUNCTION
ORDERING DEFENDANTS WINSTON AND ARNOLD,
DUDLEY AND FOLSOM, TO STOP THEIR PLOT
TO PUSH PROCTOR TO SUICIDE AND TO STOP
WEAPONIZING PROCTOR'S MENTAL ILLNESS AND
MENTAL HEALTH CRISIS AGAINST OTHER
INMATES IN S.H.U. ; AND PRELIMINARY
AND PERMENANT INJUNCTIONS ORDERING
THE CHAPLAINS TO ACCOMODATE MY RELIGIOUS
BELIEFS, WHEREVER I AM IN PRISON;
AND PRELIMINARY AND PERMENANT INJUNCTIONS
ORDERING WHITTEN AND FOOD SERVICES,
WHEREVER I AM IN PRISON, TO PROVIDE
ME WITH VEGAN FOOD; PRELIMINARY AND
PERMENANT INJUNCTIONS ORDERING ROLSTON
AND MEDICAL STAFF TO TEST ME FOR
CANCER AND BLOODBORNE DISEASES AND TO
PROVIDE TREATMENT IF NECESARY, WHEREVER
I AM IN PRISON; AND WRITTEN APOLOGIES.

3. NOMINAL DAMAGES IN THE AMOUNT OF $1
AGAINST EACH DEFENDANT.

4. PUNITIVE DAMAGES IN THE AMOUNT OF
$250,000 AGAINST EACH DEFENDANT.

RELIEF REQUESTED (CONT.

5. A JURY TRIAL ON ALL ISSUES TRIABLE
BY JURY.

6. PLAINTIFF'S COSTS IN THIS SUIT.

7. ANY ADDITIONAL RELIEF THIS COURT
DEEMS JUST, PROPER AND EQUITABLE.

**ATTENTION:** *The Prison Litigation Reform Act ("PLRA") does not permit awards for punitive or compensatory damages "for mental or emotional injury suffered while in custody without a prior showing of physical injury or the commission of a sexual act . . . ." 42 U.S.C. § 1997e(e).*

## VII.   EXHAUSTION OF ADMINISTRATIVE REMEDIES

The PLRA requires that prisoners exhaust all available administrative remedies *(grievance procedures)* before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.*

## VIII.   PRIOR LITIGATION

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. To the best of your knowledge, have you had any case dismissed for a reason listed in § 1915(g) which counts as a "strike"?

☐ YES   ☑ NO

If you answered yes, identify the case number, date of dismissal and court:

1. Date:_____Case #: _____

   Court: _____

2. Date:_____Case #: _____

   Court: _____

3. Date:_____Case #: _____

   Court: _____

   *(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits in either ***state or federal court*** dealing with the same facts or issue involved in this case?

☐ YES ☑ NO

If you answered yes, identify the case number, parties, date filed, result (*if not still pending*), name of judge, and court for each case (*if more than one*):

1. Case #:_____Parties: _____

Court:_____Judge: _____

Date Filed:_____Dismissal Date *(if not pending)*: _____

Reason: _____

2. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date *(if not pending)*: _____

   Reason: _____

C. Have you filed any other lawsuit in federal court either challenging your conviction or otherwise relating to the conditions of your confinement?

   □ YES    □ NO

   If you answered yes, identify all lawsuits:

   1. Case #:_____Parties: _____

      Court:_____Judge: _____

      Date Filed:_____Dismissal Date *(if not pending)*: _____

      Reason: _____

   2. Case #:_____Parties: _____

      Court:_____Judge: _____

      Date Filed:_____Dismissal Date *(if not pending)*: _____

      Reason: _____

   3. Case #:_____Parties: _____

Court:_____Judge: _____

Date Filed:_____Dismissal Date *(if not pending)*: _____

Reason: _____

4. Case #:_____Parties: _____

Court:_____Judge: _____

Date Filed:_____Dismissal Date *(if not pending)*: _____

Reason: _____

5. Case #:_____Parties: _____

Court:_____Judge: _____

Date Filed:_____Dismissal Date *(if not pending)*: _____

Reason: _____

6. Case #:_____Parties: _____

Court:_____Judge: _____

Date Filed:_____Dismissal Date *(if not pending)*: _____

Reason: _____

*(Attach additional pages as necessary to list all cases. **Failure to disclose all prior cases may result in the dismissal of this case.**)*

## IX. CERTIFICATION

I declare under penalty of perjury that the foregoing (including all continuation pages) is true and correct. Additionally, as required by Federal

Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 10/7/21  Plaintiff's Signature: _Del alan Baker_

Printed Name of Plaintiff: _DANIEL ALAN BAKER_

Correctional Institution: _FDC TALLAHASSEE_

Address: _501 CAPITAL CIRCLE NE_

_TALLAHASSEE FL 32301_

**I certify and declare, under penalty of perjury, that this complaint was (check one) ☐ delivered to prison officials for mailing or ☐ deposited in**

the prison's mail system for mailing on the ___7th___ day of ___OCTOBER___, 20 ___21___ .


Signature of Incarcerated Plaintiff: _____

DAN BAKER #25,765-509
FDC TALLAHASSEE
501 CAPITAL CIRCLE NE
TALLAHASSEE, FL 32301






LEGAL MAIL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF FLORIDA

OFFICE OF THE CLERK

111 NORTH ADAMS STREET SUITE 322

TALLAHASSEE, FL 32301-7730